FILED
January 26, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     SAJ
              Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | **S E A L E D**   **EP-22-CR-00103-FM** |
| Plaintiff, | § § | **I N D I C T M E N T** |
| v. | § § | CT 1: 21:841(a)(1)-Possession of a Controlled Substance With Intent to Distribute; |
| CHRISTOPHER CHAPPELL, | § § § | CT 2: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute. |
| Defendant. | § § | |

THE GRAND JURY CHARGES:

### COUNT ONE
(21 U.S.C. §§841(a)(1) and 841(b)(1)(B)(viii))

That on or about December 21, 2021, in the Western District of Texas, Defendant,

**CHRISTOPHER CHAPPELL,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

### COUNT TWO
(21 U.S.C. §§ 846 & 841(a)(1))

That beginning on or about November 1, 2021, continuing through and including on or about January 1, 2022, in the Western District of Texas, Defendant,

**CHRISTOPHER CHAPPELL,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed, with others to the Grand Jury known and unknown, to commit offenses against the United States, in

violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess a controlled substance, which offense involved cocaine, a Schedule II Controlled Substance, with intent to distribute same, in violation of Title 21, United States Code, Sections 841(a)(1) and the quantity of the mixture or substance containing cocaine involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(ii).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

Rev. 2018-04-30